**Motion Granted, Opinion and Judgment filed January 24, 2019 Withdrawn, Joint Motion to Dismiss Granted, Appeal Dismissed and Corrected Memorandum Opinion filed February 21, 2019.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-17-00972-CV

---

## MARIA H. MARTINEZ AND ANGEL MARTINEZ, Appellants

## V.

## VICENTE LOPEZ RAMIREZ, Appellee

---

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2015-50691**

---

## C O R R E C T E D   M E M O R A N D U M   O P I N I O N

We withdraw our opinion issued January 24, 2019, vacate our previous judgment, and issue this corrected opinion and judgment.

This is an appeal from a judgment signed April 12, 2017. On August 31, 2018, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.